IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| APRIL WADE, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:24-cv-01004-JMS-TAB |

**DEFENDANT'S NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES**

Defendant Progressive Southeastern Insurance Company ("Progressive Southeastern"), by and through its undersigned attorneys, hereby notifies the Court that Plaintiff and Progressive Southeastern have reached a settlement in principle as to Plaintiff's allegations against Progressive Southeastern, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice. The parties therefore request that the Court vacate all pending deadlines in this matter and set a deadline for filing a stipulation of dismissal. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 12th day of November 2025.

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan*
Zachary A. McEntyre*
J. Matthew Brigman*
Erin M. Munger*
Allexia Bowman Arnold*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600

1

Fax: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
emunger@kslaw.com
aarnold@kslaw.com

J. Blake Hike, #28601-02
**CARSON LLP**
301 W. Jefferson Blvd., Ste. 200
Fort Wayne, IN 46802
Telephone: (260) 423-9411
hike@carsonllp.com


*Counsel for Defendant*

* *Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

  I, Jeffrey S. Cashdan, hereby certify that on this date, November 12, 2025, the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                */s/ Jeffrey S. Cashdan*
                Jeffrey S. Cashdan

                *Counsel for Defendant*